UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMY PRESTON MARSHBURN, ) <br> ) <br> Petitioner, ) <br> ) <br> VS. ) <br> ) <br> NATHANIEL QUARTERMAN, Director, ) <br> Texas Department of Criminal Justice, ) <br> Correctional Institutions Division, ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. <br><br> 3:05-CV-1451-G <br><br> **ECF** |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  Petitioner filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are **OVERRULED**, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

   **SO ORDERED**.

August 31, 2006.

A. JOE FISH
CHIEF JUDGE